Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13772−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tuniesa Simmons−Dozier
   dba Saltz Property Management LLC, dba
   43 Bragaw Street Associates LLC, fka
   Tuniesa Simmons, fka Tuniesa L. Simmons
   180 Watchung Terrace
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−2278

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/7/21 at 10:00 AM

to consider and act upon the following:

*19* – Limited Objection to Debtor(s) Application for Retention of Professional (related document:17 Application For Retention of Professional Charles L. Mester, Esq. as Real Estate Attorney Filed by Michelle Labayen on behalf of Tuniesa Simmons−Dozier. Objection deadline is 6/9/2021. (Attachments: # 1 Certification # 2 Exhibit Retainer # 3 Proposed Order) filed by Debtor Tuniesa Simmons−Dozier) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/4/21

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court