Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−13772−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tuniesa Simmons−Dozier
   dba Saltz Property Management LLC, dba
   43 Bragaw Street Associates LLC, fka
   Tuniesa Simmons, fka Tuniesa L. Simmons
   180 Watchung Terrace
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−2278

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/7/21 at 10:00 AM

to consider and act upon the following:

*19* − Limited Objection to Debtor(s) Application for Retention of Professional (related document:17 Application For Retention of Professional Charles L. Mester, Esq. as Real Estate Attorney Filed by Michelle Labayen on behalf of Tuniesa Simmons−Dozier. Objection deadline is 6/9/2021. (Attachments: # 1 Certification # 2 Exhibit Retainer # 3 Proposed Order) filed by Debtor Tuniesa Simmons−Dozier) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/4/21

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2021 | Form ID: ntchrgbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tuniesa Simmons-Dozier, 180 Watchung Terrace, Scotch Plains, NJ 07076-1449 |
| cr | + | Jacqueline Jackson, 1351 West Sixth Street, Piscataway, NJ 08854-1862 |
| cr | | Mercedes Benz Financial Services, POB 131265, Roseville, MN 55113-0011 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P. Davis | on behalf of Creditor SNCO Cap LLC adavis@polsinelli.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph M. Shapiro | on behalf of Creditor Jacqueline Jackson jshapiro@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Tuniesa Simmons-Dozier michelle@labayenlaw.com silvia@labayenlaw.com;priscilla@labayenlaw.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6