Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13772−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Tuniesa Simmons−Dozier
 dba Saltz Property Management LLC, dba
 43 Bragaw Street Associates LLC, fka
 Tuniesa Simmons, fka Tuniesa L. Simmons
 180 Watchung Terrace
 Scotch Plains, NJ 07076

Social Security No.:
 xxx−xx−2278

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/1/21 at 10:00 AM

to consider and act upon the following:

*33* − Motion to Extend Time To Object to Discharge Filed by James Michael Sullivan on behalf of SNCO Cap LLC. (Attachments: # 1 Exhibit A − Proposed Order Granting Motion to Extend Time to Object to Debtors Discharge # 2 Declaration of James Sullivan in Support of Motion to Extend Time to Object to Debtors Discharge # 3 Certificate of Service) (Sullivan, James)

Dated: 8/2/21

                                                               Jeanne Naughton
                                                             Clerk, U.S. Bankruptcy Court