Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13772−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tuniesa Simmons−Dozier
   dba Saltz Property Management LLC, dba
   43 Bragaw Street Associates LLC, fka
   Tuniesa Simmons, fka Tuniesa L. Simmons
   180 Watchung Terrace
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−2278

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/1/21 at 10:00 AM

to consider and act upon the following:

*33* − Motion to Extend Time To Object to Discharge Filed by James Michael Sullivan on behalf of SNCO Cap LLC. (Attachments: # 1 Exhibit A − Proposed Order Granting Motion to Extend Time to Object to Debtors Discharge # 2 Declaration of James Sullivan in Support of Motion to Extend Time to Object to Debtors Discharge # 3 Certificate of Service) (Sullivan, James)

Dated: 8/2/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 21-13772-RG

Tuniesa Simmons-Dozier                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: ntchrgbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tuniesa Simmons-Dozier, 180 Watchung Terrace, Scotch Plains, NJ 07076-1449 |
| cr | + | Jacqueline Jackson, 1351 West Sixth Street, Piscataway, NJ 08854-1862 |
| cr |   | Mercedes Benz Financial Services, POB 131265, Roseville, MN 55113-0011 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2021                    Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P. Davis | on behalf of Creditor SNCO Cap LLC adavis@polsinelli.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Michael Sullivan | on behalf of Creditor SNCO Cap LLC jsullivan@windelsmarx.com  rmalatak@windelsmarx.com;mharary@windelsmarx.com |
| Joseph M. Shapiro | on behalf of Creditor Jacqueline Jackson jshapiro@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 02, 2021 | Form ID: ntchrgbk | Total Noticed: 3

Michelle Labayen
    on behalf of Debtor Tuniesa Simmons-Dozier michelle@labayenlaw.com silvia@labayenlaw.com;priscilla@labayenlaw.com

Rebecca Ann Solarz
    on behalf of Creditor Quicken Loans LLC rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8