Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−13772−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tuniesa Simmons−Dozier
   dba Saltz Property Management LLC, dba
   43 Bragaw Street Associates LLC, fka
   Tuniesa Simmons, fka Tuniesa L. Simmons
   180 Watchung Terrace
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−2278

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 10, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 29
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 29). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/10/2021. (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 10, 2021
JAN: car

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-13772-RG
Tuniesa Simmons-Dozier  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Aug 10, 2021     Form ID: orderntc     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tuniesa Simmons-Dozier, 180 Watchung Terrace, Scotch Plains, NJ 07076-1449 |
| cr | + | Jacqueline Jackson, 1351 West Sixth Street, Piscataway, NJ 08854-1862 |
| cr | | Mercedes Benz Financial Services, POB 131265, Roseville, MN 55113-0011 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P. Davis | on behalf of Creditor SNCO Cap LLC adavis@polsinelli.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Michael Sullivan | on behalf of Creditor SNCO Cap LLC jsullivan@windelsmarx.com rmalatak@windelsmarx.com;mharary@windelsmarx.com |
| Joseph M. Shapiro | on behalf of Creditor Jacqueline Jackson jshapiro@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Aug 10, 2021     Form ID: orderntc     Total Noticed: 3

Michelle Labayen
     on behalf of Debtor Tuniesa Simmons-Dozier michelle@labayenlaw.com silvia@labayenlaw.com;priscilla@labayenlaw.com

Rebecca Ann Solarz
     on behalf of Creditor Quicken Loans LLC rsolarz@kmllawgroup.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8