52796
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Mercedes-Benz Financial Services USA LLC
JM5630_____

|  |  |
|---|---|
| IN RE:<br><br>    TUNIESA SIMMONS-DOZIER | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO: 21-13772 (RG)<br>HEARING DATE:<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Mercedes-Benz Financial Services USA, LLC f hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Mercedes-Benz Financial Services USA, LLC f with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Mercedes-Benz Financial Services USA, LLC, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Mercedes-Benz Financial Services USA, LLC by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Mercedes-Benz Financial Services USA, LLC
P.O. Box 961245
Fort Worth, TX 76161

Mercedes-Benz Financial Services USA, LLC, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

                                      /s/   John R. Morton, Jr.
                                          John R. Morton, Jr., Esquire
                                          Attorney for Mercedes-Benz
                                          Financial Services USA, LLC

Dated: