Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13772−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tuniesa Simmons−Dozier
    dba Saltz Property Management LLC, dba
    43 Bragaw Street Associates LLC, fka
    Tuniesa Simmons, fka Tuniesa L. Simmons
    180 Watchung Terrace
    Scotch Plains, NJ 07076

Social Security No.:
    xxx−xx−2278

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/18/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 19, 2021
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 21-13772-RG
Tuniesa Simmons-Dozier                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 148 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tuniesa Simmons-Dozier, 180 Watchung Terrace, Scotch Plains, NJ 07076-1449 |
| cr | + | Jacqueline Jackson, 1351 West Sixth Street, Piscataway, NJ 08854-1862 |
| cr | | Mercedes Benz Financial Services, POB 131265, Roseville, MN 55113-0011 |
| 519204671 | + | Amy Hatch, 900 West 48th Place, suite 900, Kansas City, MO 64112-1899 |
| 519204672 | + | Applied Bank, Attn: Billing, POB 70365, Philadelphia, PA 19194-0001 |
| 519204674 | + | Atlantic Health System, Attn: Billing, POB 21385, New York, NY 10087-1385 |
| 519204675 | + | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4190 |
| 519204681 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519204682 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519204683 | #+ | Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 519204684 | + | Garden State Endoscopy-Anesthesia Group, Attn: Collections, POB 419178, Boston, MA 02241-9178 |
| 519232046 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519204686 | + | Jacquelin Jackson, 1351 West Sixth Street, Piscataway, NJ 08854-1862 |
| 519209518 | + | Jacqueline Jackson, c/o Middlebrooks Shapiro, P.C., 841 Mountain Avenue, First Floor, Springfield, New Jersey 07081-3437 |
| 519204687 | + | Law Office of Cindy L. Thompson, 371 Hoes Lane, Suite 105, Piscataway, NJ 08854-4143 |
| 519204688 | + | Medexpress Urgent Care NJ, 1001 Consol Energy Drive, Medexpress Admistrative Offices, Canonsburg, PA 15317-6506 |
| 519215662 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519204690 | + | Middlebrooks Shapiro, c/o Joseph Shapiro, 841 Mountain Ave, Springfield, NJ 07081-3437 |
| 519204691 | + | Morgan Fiander, 600 Third Avenue 42nd Floor, New York, NY 10016-1924 |
| 519257450 | + | Nordstrom, INC, Jefferson Capital Systems LLC; Assignee, PO BOX 7999, SAINT CLOUD MN 56302-7999 |
| 519222632 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519259074 | + | SNCO Cap LLC, James Sullivan Esq., c/o Windels Marx et al., 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |
| 519204697 | + | SNCO Cap LLC, 40 Penn Street suite 207, Brooklyn, NY 11249-7809 |
| 519204696 | + | Slomin's, 125 Lauman Lane, PO Box 1886, Hicksville, NY 11802-1886 |
| 519204698 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519204699 | + | Summit Medical Group, PO BOX 14000, Belfast, ME 04915-4033 |
| 519204704 | + | Wilmington Savings, c/o Mark Turner, 500 Delaware Avenue, Wilmington, DE 19801-1490 |
| 519204700 | + | superior Court of New Jersey, Michelle Smith, Clerk, 25 W. Market Street 6th Floor, Trenton, NJ 08611-2148 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519229142 | | EDI: BECKLEE.COM | Aug 20 2021 00:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519204670 | + | EDI: AMEREXPR.COM | Aug 20 2021 00:28:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

Case 21-13772-RG  Doc 44  Filed 08/21/21  Entered 08/22/21 00:11:16  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 148 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| 519204673 | + EDI: APPLIEDBANK.COM | Aug 20 2021 00:28:00 | Applied Bk, 4700 Exchange Court, Boca Raton, FL 33431-4450 |
| 519204676 | + EDI: CAPITALONE.COM | Aug 20 2021 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519244845 | + EDI: AIS.COM | Aug 20 2021 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519204678 | + Email/Text: bankruptcy.notifications@fisglobal.com | Aug 19 2021 20:21:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519204679 | + EDI: CITICORP.COM | Aug 20 2021 00:28:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519208615 | EDI: DISCOVER.COM | Aug 20 2021 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519204680 | + EDI: DISCOVER.COM | Aug 20 2021 00:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519204685 | + EDI: IRS.COM | Aug 20 2021 00:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519204677 | EDI: JPMORGANCHASE | Aug 20 2021 00:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519257687 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 20:35:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519204689 | + EDI: DAIMLER.COM | Aug 20 2021 00:28:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 519204692 | + EDI: NAVIENTFKASMSERV.COM | Aug 20 2021 00:28:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 519207135 | EDI: NAVIENTFKASMSERV.COM | Aug 20 2021 00:28:00 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519204693 | + Email/Text: bnc@nordstrom.com | Aug 19 2021 20:21:43 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519204694 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 19 2021 20:35:55 | Open Sky, Attn: Collections, POB 9224, Old Bethpage, NY 11804-9224 |
| 519204695 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 19 2021 20:21:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519204701 | Email/Text: DASPUBREC@transunion.com | Aug 19 2021 20:21:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519204702 | + Email/Text: bankruptcydepartment@tsico.com | Aug 19 2021 20:21:00 | Transworld Systems Inc., Po Box 15618, Dept 51, Wilmington, DE 19850-5618 |
| 519204703 | + EDI: WFFC.COM | Aug 20 2021 00:28:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519227910 | EDI: WFFC.COM | Aug 20 2021 00:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 21-13772-RG    Doc 44    Filed 08/21/21    Entered 08/22/21 00:11:16    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 148 | Total Noticed: 52 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron P. Davis | on behalf of Creditor SNCO Cap LLC adavis@polsinelli.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James Michael Sullivan | on behalf of Creditor SNCO Cap LLC jsullivan@windelsmarx.com  rmalatak@windelsmarx.com;mharary@windelsmarx.com |
| Joseph M. Shapiro | on behalf of Creditor Jacqueline Jackson jshapiro@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Tuniesa Simmons-Dozier michelle@labayenlaw.com  silvia@labayenlaw.com;priscilla@labayenlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8