Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−13772−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tuniesa Simmons−Dozier
   dba Saltz Property Management LLC, dba
   43 Bragaw Street Associates LLC, fka
   Tuniesa Simmons, fka Tuniesa L. Simmons
   180 Watchung Terrace
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−2278

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 29, 2021</u>
                                <u>Rosemary Gambardella</u>
                                Judge, United States Bankruptcy Court